# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

TERRENCE MCNEAL,            *
                            *
        Plaintiff,          *           CIVIL ACTION NO.: 2:20-cv-105
                            *
    v.                      *
                            *
LINDA GETER, et al.,        *
                            *
        Defendants.         *

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 34.  Plaintiff did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Defendants' Motion to Dismiss, **DISMISSES without prejudice** Plaintiff's Complaint for failure to exhaust administrative remedies, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment.  The Court **DENIES** Plaintiff *in forma*

AO 72A
(Rev. 8/82)

*pauperis* status on appeal.

    **SO ORDERED**, this ___23___ day of ___February___, 2022.

    HON. LISA GODBEY WOOD, JUDGE
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA

2

AO 72A
(Rev. 8/82)